UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v.                                                          CR 08-079 ML

JOSE-MIGUEL HILARIO

ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Martin on July 8, 2011. No objection has been filed and the time for doing so has passed. The Court adopts the Report and Recommendation. The Defendant is prohibited from filing any motions or other documents in CR 08-079 ML without first obtaining permission from the undersigned..

SO ORDERED:

_____
Mary M. Lisi
Chief United States District Judge
September 6 , 2011